# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CV-311-RJC-DCK

| | |
|---|---|
| BETH HERSHBERGER GIBSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BB&T CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of Mediation" (Document No. 33) notifying the Court that the parties reached a settlement on October 15, 2014. The Court commends the mediator and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 1, 2014**.

**SO ORDERED**.

Signed: October 22, 2014

David C. Keesler
United States Magistrate Judge